NICHOLAS P. IGLEHART, Appellant, *v.* LUCY D. BARRETT, for use of, etc., Appellee.

APPEAL FROM COOK COUNTY COURT OF COMMON PLEAS.

ARNOLD, LARNED & LAY, for Appellant.

HENRY T. HELM, for Appellee.

CATON, C. J. This record presents precisely the same question as that decided in *Iglehart* v. *Hobart, ante*, 637, differing only in amounts of figures, and for the reason there assigned, the judgment is affirmed.

*Judgment affirmed.*